## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**DERRICK WOODS**                                                                     **PLAINTIFF**

**VS.**                                               **CIVIL ACTION NO.: 3:20-cv-00256-NBB-RP**

**CITY OF HOLLY SPRINGS, MISSISSIPPI, ET AL.**                                    **DEFENDANTS**

### AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

The parties have agreed to and announced to the Court a confidential settlement of this case, and, the Court, being advised that the parties have an informed understanding of their rights and a full appreciation of the consequences of the confidential settlement, is desirous that this matter be finally closed on the docket.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE as to all parties and all claims, with the parties to bear their own costs.

SO ORDERED AND ADJUDGED, this the 9th day of November, 2021.

                                              /s/ Neal Biggers
                                            UNITED STATES DISTRICT COURT JUDGE

APPROVED AS TO FORM AND CONTENT:

| | |
|---|---|
| */s/ Tamekia R. Goliday* | */s/ H. David Clark, III* |
| Tamekia R. Goliday | H. David Clark, III |
| ***ATTORNEY FOR PLAINTIFF*** | ***ATTORNEY FOR DEFENDANTS*** |